RANDO v. NATIONAL PARK BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Frank Rando against the National Park Bank of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 137 App. Div. 944, 122 N. Y. Supp. 1142.

RANGER, Appellant, v. YATES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Giles Ranger against Helen M. Yates and others. No opinion. Judgment affirmed, with costs.

RATHBONVILLE UNION CEMETERY ASS'N, Respondent, v. BETSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by the Rathbonville Union Cemetery Association against George W. Betson.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents upon the ground that the evidence does not show that the plaintiff has title to the property where the fence is located, or any such interest in it as to entitle it to maintain the action.

RAYMOND, Appellant, v. TIFFANY et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Irving E. Raymond, as president, against Louis G. Tiffany and others. L. M. Berkeley, for appellant. A. F. Gotthold, for respondents. No opinion. Judgment modified, as directed in order, and, as modified, affirmed, with costs to respondents. Order filed. See, also, 117 App. Div. 910, 102 N. Y. Supp. 1146; 59 Misc. Rep. 283, 112 N. Y. Supp. 252; 135 App. Div. 353, 120 N. Y. Supp. 380.

REDINGTON, Respondent, v. HARTFORD, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Caroline G. Redington against George H. Hartford. No opinion. Judgment and order affirmed, with costs.

REGAN, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Thomas Regan against the Manhattan Refrigerating Company. No opinion. Judgment and order unanimously affirmed on reargument, with costs. See, also, 124 N. Y. Supp. 1127.

REHILL, Respondent, v. SCHIRMER, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Kate E. Rehill against Max Schirmer. No opinion. Motion granted, without costs, in so far as the appeal is from the order denying the motion for a new trial.

RIKER v. GWYNNE et al. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Samuel Riker, Jr., against Helen S. Gwynne and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 App. Div. 423, 124 N. Y. Supp. 124.

ROBERT GAIR CO., Respondent, v. DE MIRACLE CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the Robert Gair Company against the De Miracle Chemical Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re ROBERTS et al. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) In the matter of the application of Charles O. Roberts and others for the removal of Thomas J. Acheson, as supervisor of the town of Philadelphia, Jefferson county, N. Y. No opinion. Motion denied. Time of hearing or adjournment left to the discretion of referee. Any additional time referee desires for making report will be granted on his application. See, also, infra.

In re ROBERTS et al. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) In the matter of the application of Charles O. Roberts and others for the removal of Thomas J. Acheson, as supervisor of the town of Philadelphia, Jefferson county, N. Y. No opinion. William G. Tracy, an attorney residing at Syracuse, N. Y., appointed referee to take the proofs upon the issues raised by the petition and the answer thereto and report the same with his opinion thereon to this court. See, also, supra.

ROBINSON v. JAFFE et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Benjamin Robinson against Samuel Jaffe, defendant, and Tillie Jaffe, appellant. No opinion. Judgment and order of the Municipal Court reversed on authority of Lindenborn v. Vogel, 131 App. Div. 75, 115 N. Y. Supp. 962, and default opened, without costs, and without costs of appeal to either party.

ROBSON, Respondent, v. HASLETT, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Robert R. Robson against Robert Haslett. No opinion. Judgment and order reversed on the ground that the verdict is against the weight of evidence, and new trial granted, with costs to appellant to abide event.

RODELL, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by George C. Rodell, an infant, by guardian ad litem, against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

ROHDE et al. v. ALTKRUG et al. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by